# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BURBRIDGE, | CASE NO. 08cv2374 JM(POR) |
| Plaintiff, | ORDER GRANTING MOTION FOR TIME TO EFFECT SERVICE |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On July 1, 2009 the court received an <u>ex parte</u> request from Plaintiff seeking additional time to effectuate service of the summons and complaint. Plaintiff represents that she has obtained professional advice and that she intends to diligently prosecute this action. For good cause shown, the court grants Plaintiff 30 days from the date of entry of this order to effectuate service of the summons and complaint. The failure to effectuate timely service will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

DATED: July 2, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties